

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        In re Rack Room Shoes, Inc.

Appellate case number:      01-14-00470-CV

Trial court case number:    69664-B

Trial court:                239th District Court of Brazoria County

     On June 12, 2014, relator, Rack Room Shoes, Inc., filed a petition for writ of mandamus challenging the trial court's May 27, 2014 order denying relator's motion to compel an independent medical and psychological examination of the real party in interest. The Court requests a response to the petition for writ of mandamus from the real party in interest. It is **ordered** that the response of any interested party, if any, shall be due no later than Monday, July 7, 2014.

     It is so ORDERED.


Judge's signature: /s/ Jane Bland
         ☑ Acting individually    ☐ Acting for the Court

Date: June 13, 2014